IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-cv-458-DAN

| | |
|---|---|
| SUNTRUST BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK E. DOWDY, TONI B. )<br>DOWDY, DAVID DENNIS CYRUS )<br>and STARLETTE W. CYRUS, )<br>)<br>Defendants. ) | **ORDER** |

This matter is before the Court on the parties' joint motion to amend the Scheduling Order [DE-46] and their Rule 26(f) Report [DE-44]. The amended discovery plan has been considered by the Court and found to be reasonable. Accordingly, for good cause shown, the motion is **GRANTED** the amended discovery plan is **APPROVED AND ORDERED** with the following critical deadlines:

1. Reports from retained experts are due from parties with the burden of proof by **February 1, 2011**, and from parties without the burden of proof by **March 1, 2011**;

2. All discovery will be completed no later than **May 1, 2011**;

3. All potentially dispositive motions will be filed on or before **June 1, 2011**; and

4. The trial of this matter will be scheduled for **September 20, 2011** in Greenville, North Carolina.

This 20th day of September, 2010.

DAVID W. DANIEL
United States Magistrate Judge